1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  KIRSHA BROWN,                          )
                                          )          Case No. 2:10-cv-00913-PMP-PAL
8                       Plaintiff,        )
                                          )
9  vs.                                    )          **ORDER**
                                          )
10 KAPLAN COLLEGE,                        )          (Mtn for Assistance- Dkt. #4)
                                          )
11                      Defendant.        )
   _____)
12

13        This matter is before the court on Plaintiff Kirsha Brown's Motion for Request For Assistance

14 with Service of Summons, Motions/Legal Pleadings Etc (Dkt. #4) filed June 25, 2010.  The court has

15 considered the Motion.

16        Plaintiff is proceeding in this action *pro se*, was granted authority pursuant to 28 U.S.C. § 1915

17 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on June 15, 2010.  On June 30,

18 2010, the court entered an Order (Dkt. #5) screening Plaintiff's Complaint pursuant to 28 U.S.C.

19 § 1915(e), finding she had not stated a claim upon which relief could be granted, and allowing her to

20 file an Amended Complaint.  *See* Order, Dkt. #5.

21        The Motion (Dkt. #4) requests assistance because of the "immense amount of filed cases, in

22 which [sic] requires the constant filing of legal documents."   She states that she wants to ensure parties

23 are served correctly.  Because Plaintiff is proceeding *in forma pauperis*, her Complaint had to be

24 screened before the court directed service.  *See* 28 U.S.C. § 1915(e).  If Plaintiff were to state a claim

25 upon which relief could be granted, the court would direct the Clerk of Court to prepare summons, and

26 service of the Complaint on Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure

27 would be effected by the United States Marshal's Service because Plaintiff is proceeding *in forma*

28 / / /

*pauperis*. *Id.* The court screened Plaintiff's Complaint and found that it should be dismissed with leave to amend. Service of the Complaint is, therefore, premature at this point.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Assistance (Dkt. #3) is DENIED.

Dated this 9th day of July, 2010.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE