**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KIRSHA BROWN,                                                   )
                                                               )   Case No. 2:10-cv-00913-PMP-PAL
                              Plaintiff,                        )
                                                               )
vs.                                                            )   **REPORT OF FINDINGS AND**
                                                               )   **RECOMMENDATION**
KAPLAN COLLEGE,                                                )
                                                               )
                              Defendant.                        )
_____                        )

        Plaintiff Kirsha Brown is proceeding in this action *pro se*.  Plaintiff filed a Complaint (Dkt. #1)

on June 14, 2010.  The court entered an Order (Dkt. #5) granting Plaintiff's request to proceed *in forma*

*pauperis* and screening the Complaint pursuant to 28 U.S.C. § 1915(e).  The court found that Plaintiff's

Complaint failed to state a claim, directed the Complaint be filed, and allowed Plaintiff thirty days to

file an amended complaint.  Plaintiff has not filed an amended complaint or requested an extension of

time or taken any other action to prosecute this case.  Plaintiff was warned that failure to comply with

the Screening Order (Dkt. #5) would result in a recommendation to the District Judge that this case be

dismissed.

        Accordingly,

        **IT IS RECOMMENDED** that Plaintiff's Complaint be **DISMISSED.**

        Dated this 30th day of July, 2010.


                                                        _____
                                                        PEGGY A. LEEN
                                                        UNITED STATES MAGISTRATE JUDGE

/ / /

/ / /

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court.  Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within ten (10) days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.