UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN,<br>    Plaintiff,<br>vs.<br>KAPLAN COLLEGE,<br>    Defendant. | 2:10-CV-00913-PMP-PAL<br><br>**ORDER** |

  Before the Court for consideration is Plaintiff Kirsha Brown's Complaint (Doc. #1), filed on June 14, 2010. On July 30, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #10) recommending that Plaintiff Brown's Complaint (Doc. #1) be denied.

  The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

  **IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #10) is Affirmed and Plaintiff Kirsha Brown's Complaint (Doc. #1) is **DISMISSED** with prejudice.

  **IT IS FURTHER ORDERED that** Plaintiff Brown's Motion to Extend Time to Amend Complaint (Doc. #11) is **DENIED**.

DATED: August 27, 2010.

                  _____
                  PHILIP M. PRO
                  United States District Judge